**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FRANK W. KOSKOVICH,

          Petitioner

          v.

THE BOARD OF SUPERVISORS OF THE STERLING TOWNSHIP, THE STERLING TOWNSHIP ZONING HEARING BOARD, CHARLES TUFANO AND SANDRA TUFANO, HUSBAND AND WIFE, CHARLES A. LANDON AND DONNA L. LANDON, HUSBAND AND WIFE, AND JAMES LINCOLN ARTHUR AND KAREN L. ARTHUR, HUSBAND AND WIFE,

          Respondents

: No. 366 MAL 2023
:
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.